THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HURIEL VITOLO, Appellant.

Argued May 28, 1947; decided July 2, 1947.

*Henry A. Lowenberg* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp, Richard G. Denzer* and *Frederick J. Ludwig* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.